```
            UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF MISSISSIPPI
                  EASTERN DIVISION
```

LONNIE EUBANKS                                          PLAINTIFF

VS.                        CIVIL ACTION NUMBER: 4:06CV24TSL-LRA

THE GEO GROUP, INC.                                    DEFENDANTS

## JUDGMENT

In accordance with the court's memorandum opinion and order entered this date, it is ordered and adjudged that plaintiff's complaint in this cause is dismissed with prejudice.

SO ORDERED AND ADJUDGED this 14th day of July, 2008.


                              /S/Tom S. Lee
                              UNITED STATES DISTRICT JUDGE